IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D.A. SMITH,  )<br>            )<br>     Plaintiff,  )<br>            )<br>        v.    )<br>            )<br>CAROLYN W. COLVIN,  )<br>Commissioner of Social Security,  )<br>            )<br>     Defendant.  )<br>_____ ) | Case No. **2:13-cv-00665-CMK**<br><br>**ORDER** |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Stipulation and Proposed Order for a First Extension of 30 Days for Plaintiff to File his Motion for Summary Judgment. The Court hereby **EXTENDS** the schedule in this matter as follows:

1. The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days;

2. All other deadlines and scheduling matters set forth in the Court's May 1, 2013 Scheduling Order remain the same.

**IT IS SO ORDERED**

**Dated:  December 5, 2013**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE