IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D.A. SMITH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. **2:13-cv-00665-CMK**<br><br>**ORDER** |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Stipulation and Proposed Order for a First Extension of 30 Days for Plaintiff to File his Motion for Summary Judgment. The Court hereby **EXTENDS** the schedule in this matter as follows:

　　1.　The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days;

　　2.　All other deadlines and scheduling matters set forth in the Court's May 1, 2013 Scheduling Order remain the same.

**IT IS SO ORDERED**

**Dated:  December 5, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE