1

2

3

4                              **IN THE UNITED STATES DISTRICT COURT**

5                           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    JAMES D.A. SMITH,                          No. 2:13-CV-0665-CMK

8              Plaintiff,

9         vs.                                   ORDER

10   COMMISSIONER OF SOCIAL
     SECURITY,
11
               Defendant.
12
     _____/
13

14            Plaintiff, who is proceeding with retained counsel, brings this action under

15   42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

16   Pending before the court is defendant's motion (Doc. 11) for a stay of proceedings pending

17   resolution of the recent lapse in government funding.  Because government funding is again in

18   place, the motion is denied as moot.

19            IT IS SO ORDERED.

20

21   DATED:  December 13, 2013

22                                              _____
                                                **CRAIG M. KELLISON**
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

                                                1