1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    JAMES D.A. SMITH,                    No. 2:13-CV-0665-CMK

9              Plaintiff,

10        vs.                             ORDER

11   COMMISSIONER OF SOCIAL
     SECURITY,
12
              Defendant.
13
     _____/
14

15          Plaintiff, who is proceeding with retained counsel, brings this action under

16   42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

17   On February 5, 2014, the court directed plaintiff to show cause why sanctions should not be

18   imposed for failing to inform the court regarding consent to Magistrate Judge jurisdiction

19   pursuant to the court's scheduling order.  Because plaintiff has now informed the court regarding

20   his consent election, the order to show cause is hereby discharged.

21          IT IS SO ORDERED.

22

23   DATED: March 5, 2014

24                                         _____
                                           CRAIG M. KELLISON
25                                         UNITED STATES MAGISTRATE JUDGE

26

1